# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| VERTO MEDICAL SOLUTIONS, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:19-cv-01532 ) |
| ALLIED WORLD SPECIALTY INS. CO., | ) ) ) |
| Defendant. | ) ) ) ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Allied World Specialty Insurance Company ("Allied World"), pursuant to Fed. R. Civ. P. 12(b)(6) and Local Rule 7-4.01, moves to dismiss Plaintiffs' claims herein for the reasons set forth in its accompanying Memorandum of Law.

WHEREFORE, Defendant Allied World Specialty Insurance Company respectfully moves the court to dismiss Plaintiffs' claims herein for failure to state a claim, and for any and all such further relief as the Court deems just and proper.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, LLC

  /s/ Angela M. Higgins
Angela M. Higgins                    MO #52159
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:   (816) 471-2121
Facsimile:    (816) 472-0288
higgins@bscr-law.com

and

        Martha Charepoo      MO #55641
        100 N. Broadway, 21st Floor
        St. Louis, Missouri 63102
        T:  (314) 345-5000
        F:  (314) 345-5055
        mcharepoo@bscr-law.com

**ATTORNEYS FOR DEFENDANT**
**ALLIED WORLD SPECIALTY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of June, 2019, a copy of the foregoing was served by filing the same with the Clerk of Court using the CM/ECF system, which will give notice of the filing to the following counsel of record:

Morry S. Cole
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
**ATTORNEY FOR PLAINTIFFS**

          /s/  Angela M. Higgins