US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**                                                      **USCA#:**

Verto Medical Solutions, LLC et al v. Allied World Specialty Insurance Company

**Case Number:**

4:19-CV-01532-NCC

**Plaintiff:**                                                 **Defendant:**

VERTO MEDICAL SOLUTIONS, LLC, et al.            ALLIED WORLD SPECIALTY INSURANCE COMPANY

**Attorney:**                                              **Attorney:**

Morry S. Cole (for pla)
701 Market Street
Suite 800
St. Louis, MO  63101-1826
Ph: 314-241-5620  Fax: 314-241-4140
Email: mcole@grgpc.com

Cortney Andrew VanOstran (for pla)
701 Market Street
Suite 800
St. Louis, MO  63101-1826
Ph: 314-241-5620  Fax:
Email: cvanostran@grgpc.com

Martha Charepoo (for dft)
100 N. Broadway
21st Floor
St. Louis, MO  63102
Ph: 314-345-5000  Fax: 314-345-5055
Email: mcharepoo@bscr-law.com

Angela M. Higgins (for dft)
2400 Pershing Rd.
Suite 500
Kansas City, MO  64108-2533
Ph: 816-471-2121  Fax: 816-472-0288
Email: higgins@bscr-law.com

**Court Reporter(s):**                          Please return files and documents to:

None                                                  Clerk for Eastern District of Missouri

Person to contact about the appeal:

Mavis Gaines at (314) 244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PD 11/15/2019 | None | No |
| **Counsel:** | **Pending Motions:** | **Local Interest:** | **Simultaneous Release:** |
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:   No      Where:

**Please list all other defendants in this case if there were multiple defendants:**