# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3511

_____

Verto Medical Solutions, L.L.C., a Delaware limited liability company; Seth Burgett

Plaintiffs - Appellants

v.

Allied World Specialty Insurance Company, a member company of Allied World Assurance Company Holdings Ltd.

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-01532-NCC)

_____

**JUDGMENT**

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

May 11, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans